UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARISSE M. MELOCHE,

    Plaintiff,

v.

    Case No.: 1:08-cv-611

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. #17) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the Commissioner's decision finding plaintiff was not entitled to disability insurance benefits (DIB) and supplemental security income (SSI) benefits is **AFFIRMED**.

**This action is terminated.**

Dated: September 23, 2009                        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge